H. L. Miller and Anna Miller, copartners, trading as L. F. Miller, & Son, defendants in error, v. William J. Jackson, receiver of Chicago & Eastern Illinois Railroad Company, plaintiff in error.

Action against carrier to recover for negligent injury to fruit during shipment. Judgment for plaintiffs. Error to the Circuit Court of Vermilion county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

H. M. Steely and H. M. Steely, Jr., for plaintiff in error. Acton & Acton, for defendants in error.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

H. M. Murray, conservator of Alvina Katz, appellant, v. G. C. Law, appellee.

Action to recover for breach of covenants of lease. Judgment for plaintiff on merits, and against plaintiff for costs. Appeal from the Circuit Court of McLean county; the Hon. Sain Welty, Judge, presiding. Heard in this court at the October term, 1917. Reversed and remanded. Opinion filed April 29, 1919.

Murray & Morrissey, for appellant. C. M. Peirce, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

Broadway Bank of St. Louis, Missouri, appellee, v. McGee Creek Levee & Drainage District, appellant.

Bill to set aside order of County Court in drainage proceeding, for want of jurisdiction. Decree for complainant. Appeal from the Circuit Court of Pike county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1918. Decree modified and affirmed. Opinion filed April 29, 1919. Rehearing denied July 9, 1919.

W. E. Williams and A. Clay Williams, for appellant. George J. Breaker, Ben H. Matthews and William and Barry Mumford, for appellee; William M. Fitch, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

William M. Vigal, appellant, v. L. L. Mathew, appellee.

Action by landlord against tenant to recover share of crop. Judgment for plaintiff on merits, and against plaintiff for costs. Appeal from the Circuit Court of Sangamon county; the Hon. E. S. Smith, Judge, presiding. Heard in this court at the April term, 1918. Affirmed. Opinion filed April 29, 1919.

Carey E. Barnes and Barber & Barber, for appellant. John E. Hogan and Sampson & Giffin, for appellee.

Mr. Presiding Justice Graves delivered the opinion of the court.

---

American Insurance Company, appellee, v. J. R. Cassity, appellant.

Action to recover on premium note. Judgment for plaintiff. Appeal from the Circuit Court of Edgar county; the Hon. Walter Brewer, Judge, presiding. Heard in this court at the October term, 1918. Affirmed. Opinion filed April 29, 1919.

O'Hair & Rardin, for appellant. Acton & Acton, for appellee; Harvey Gross, of counsel.

Mr. Presiding Justice Graves delivered the opinion of the court.